RECEIVED
in Clerk's Office
JAN 23 2019
U.S. District Court
Middle District of TN

01/22/20019

James Leggett

Plaintiff

VS

Western Exspress Inc.   ETL.

Donna Wise

Clearance Esterday

Paul Wiech

Defendants

US District Court

Middle District Of

Tennessee

801 Broadway 800

Nashville, TN 37203

## MOTION FOR CIVIL SUIT AGAINST WESTERN INC

Comes now the Plaintiff and council James Leggett with a motion to the respectable court against Western Express and managaement.

The Plaintiff respectfully hopes that the court grants this motion based on the true facts given below to confirm what Western Express has done to Mr. Leggett and several other drivers and continues to commit federal and state crimes against employees. Mr. Leggett is both council and was and did drive for Western Express Inc. in 2018 and where this case is being and representing the drivers currently and are in the class action suit against the company. The Plaintiff found out and the company was negligent in telling drivers and applicants that Western Express was being sued and to the fact that the Leasing company had problems and made it seem like there was nothing wrong and just basically and by Joe Horn(Head of Leasing) Tiffany Taylor and according to their attorney Rachell Spiller basically lied to Mr. Leggett about the company having legal matters on them from the Leasing agreement still pending in Federal Court. Western Class action #14-0029 filed Febuary 13, 2014, Getman Swenney Dunn civil case Western Express over New Horizon Lease company.  Case against Western has been filed with Nashville PD#20180789692 and with FBI after government shut down will proceed with filing Charges for fraud, theft, conspiracy and other charges.

Mr. Leggett left the Western Express based on several factors and how that if you're a business and, we are the drivers who make your revenue, policy states that you respect us to up most authority no matter what. Disrespect and anger management existed in all the management from staff from the recruiter to the Board of Director Donna Wise. The company was and is so rude and disrespectful toward drivers because they can get away with it. Basically Western Express violated its own policies and breach of contract from drivers and even when you do not owe them, they take and they steal your money, so when the last run you do for the company, they lie to you and tell you we will pay you in 45 days, when the time comes, they do not pay you at all and take your money. The company took and stole Mr. Leggett's funds totaling about 5,000$ and when Mr. Leggett did not owe the company at any time and

also, the company used the 2,500$ bonus to pay for expenses to the truck and to where Mr. Leggett did not receive his 2,500$ bonus. Mr. Leggett's last check was rough 1,600$ which Mr. Leggett did not receive and was once again lied to by Rachell Spiller Sr. company attorney and Clearance Esterday. But once Mr. Leggett informed Ms. Spiller of the Federal Law suits, then she took notice that Mr. Leggett was serious. Ms. Spiller and Clearance Esterday sent threatening letters to Mr. Leggett accusing Mr. Leggett of coming on property but Mr. Leggett had to laugh because the letters were sent 30 days after the issues where happening and where Mr. Leggett was back in Houston, TX at home. Mr. Leggett found Donna Wise address and was attempting to go directly to her to see what and why the company was hiding but Ms. Spiller stated that she was representing her as her personal attorney, which she was not representing her by law she cannot. Mr. Leggett contacted Ms. Spiller Sr. Attorney to settle out of court, but Ms. Spiller did not want to settle because, she claimed they did nothing wrong but the civil suit in other cases states another or different. Mr. Leggett told Ms. Spiller that he was suing for millions and that she did not care and again Mr. Leggett asked again, "Where my money"? Mr. Leggett stated that if he was not paid in full that for each day not paid, Western Express will be fined up to 5,000$ a day until paid.

In conclusion Mr. Leggett is seeking 20,000,000$ for what Western Express has caused and the fact that they did not inform Mr. Leggett or any drivers of such issues with their leasing company and where the company committed felony theft of funds and violated their own procedures and policies and with breach of contract and how staff did not want the information to get out or to Donna Wise Chairman of Board. Mr. Leggett does not want this case to be drawn out for years on basis of its costing the plaintiff thousands for time and money to get justice and to help others get what they deserve when a company steals your money. The Plaintiff would like the court to shut the company down for good since, they keep doing the same to other drivers and causing problems and for drivers to file civil suits. Plaintiff knows assets of the company and what they make. The plaintiff would like the court to give a court order to where if Western Express does not pay, Mr. Leggett that Mr. Leggett can by court order to reposes any property to auction.

James Leggett

SWORN TO AND SUBSCRIBED before me by the said **James Leggett** on this the __22__ Day of ~~Sept 2018~~ that the information provided ~~is true and correct~~.
JAN 2019

IVAN DIAZ
NOTARY PUBLIC
ID# 131621155
State of Texas
Comm. Exp. 06-26-2022

Notary Public for State of Texas

| James Leggett | Western Express | Donna Wise |
|---|---|---|
| 3535 canada rd 1209 | 7135 continental pl. | 6220 Jocelyn |
| La Porte. TX 77571 | Nashville, TN 37209 | Hollow rd |
| 713-371-7984 | 615-369-8285 | Nashville, TN 37205 |

Jleggs60@yahoo.com