01/22/20019

James Leggett

Plaintiff

VS

Western Exspress Inc.   ETL.

Donna Wise

Clearance Esterday

Paul Wiech

Defendants

RECEIVED
in Clerk's Office
JAN 28 2019
U.S. District Court
Middle District of TN

US District Court

Middle District Of

Tennessee

801 Broadway 800

Nashville, TN 37203

## MOTION FOR HEARING AND SPEEDY TRIAL

Comes now the Plaintiff and council James Leggett with a motion to the respectable court against Western Express and management for hearing and speedy trail.

The Plaintiff respectfully hopes that the court grants this motion based on the true facts given below to confirm what Western Express has done to Mr. Leggett and several other drivers and continues to commit federal and state crimes against employees. The motion arises on basis that other such cases against Western Express have been going on for years or moths without a decision or Western trying to delay matters. The Plaintiff hopes that the respectable court will clearly see what this company is doing and putting drivers having to get attorneys or file civil suit and now the case going on since 2014 #14-0029 but still Western not notifying applicants of any such matter with Horizon and or civil suits in orientation as such and where as; Western had put Mr. Leggett in a financial crunch for reason of taking his last pay check of 1,600$ and where they did not give any such pay within the 45 days, the company and payroll stated they would. Mr. Legg was making payments on a new car for a year and to where, Mr. Leggett"s pay was based on check given by Western Express week by week and insurance plus bills.

/s/ James Leggett

SWORN TO AND SUBSCRIBED before me by the said **James Leggett** on this the 22 Day of **Sept 2018** that the information provided is true and correct.
JAN 2019

IVAN DIAZ
NOTARY PUBLIC
ID# 131621155
State of Texas
Comm. Exp. 06-26-2022

Notary Public for State of Texas